FILED
2018 Apr-06  PM 03:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DANA HICKMAN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action Number: 5:16-cv-01595-MHH |
| SPIRIT OF ATHENS ALABAMA, INC., | ) |
| Defendant. | ) |

## EVIDENTIARY SUBMISSION IN SUPPORT OF
## MOTION FOR SUMMARY JUDGMENT BY DEFENDANT
## SPIRIT OF ATHENS ALABAMA, INC.

Defendant Spirit of Athens Alabama, Inc. ("SoA") submits these evidentiary materials in support of its motion for summary judgment in this case:

    A.    Deposition of Dana Hickman

        Exhibit 1    Plaintiff's Complaint

        Exhibit 2    ACT Number 2010-549 [D76-82]

        Exhibit 3    ACT Number 2012-240 [D5-15]

        Exhibit 4    SOA QuickReport, dated September 26, 2017 [D206]

        Exhibit 5    2010 Profit & Loss Statement and other related documents [D48-49, 88-92]

        Exhibit 6    2011 Profit & Loss Statement [D51-52]

        Exhibit 6a   Check from LCC to SOA, dated December 30, 2010, Deposit Slip, and Reconciliation Report [D94-99]

Exhibit 6b    Check from LCC to SOA, dated April 8, 2011, Deposit Slip, and Reconciliation Report [D101-107]

Exhibit 6c    Check from LCC to SOA, dated September 9, 2011, Deposit Slip, and Reconciliation Report [D109-113]

Exhibit 7    2012 Profit & Loss Statement and other related documents [D54-55, 115-120]

Exhibit 8    2013 Profit & Loss Statement and other related documents [D57-59]

Exhibit 8a    Check from LCC to SOA, dated April 5, 2013, Deposit Slip, and Reconciliation Report [D134-140]

Exhibit 8b    Check from LCC to SOA, dated September 20, 2013, Deposit Slip, and Reconciliation Report [D122-132]

Exhibit 9    2014 Profit & Loss Statement and other related documents [D61-63]

Exhibit 9a    Check from LCC to SOA, dated April 4, 2014, Deposit Slip, and Reconciliation Report [D152-157]

Exhibit 9b    Check from LCC to SOA, dated September 19, 2014, Deposit Slip, and Reconciliation Report [D143-151]

Exhibit 10    2015 Profit & Loss Statement and other related documents [D65-67]

Exhibit 10a    Check from LCC to SOA, dated April 17, 2015, Deposit Slip, and Reconciliation Report [D159-164]

Exhibit 10b    Check from LCC to SOA, dated September 18, 2015, Deposit Slip, and Reconciliation Report [D166-170]

Exhibit 11    2016 Profit & Loss Statement and other related documents [D69-71]

| | | |
|---|---|---|
| | Exhibit 11a | Check from LCC to SOA, dated May 13, 2016, Deposit Slip, and Reconciliation Report [D180-187] |
| | Exhibit 11b | Check from LCC to SOA, dated September 23, 2016, Deposit Slip, and Reconciliation Report [D172-173, 175-178] |
| | Exhibit 12 | 2017 Profit & Loss Statement and other related documents [D73-74, 189-194] |
| | Exhibit 12a | Check from LCC to SOA, dated September 22, 2017, and Deposit Slip [D203-205] |
| | Exhibit 13 | 2015 Profit & Loss Statement for Athens Art League and other related documents [D40] |
| | Exhibit 13a | Email communications from Holly Hollman, dated September 26 and 30, 2014 [D17-20] |
| | Exhibit 13b | Email communications between Trisha Black and Anna Russell, dated November 12, 2014 [D26-32] |
| | Exhibit 13c | Check from LCC to SOA, dated December 16, 2014, Deposit Slip, and Reconciliation Report [D36-38] |
| | Exhibit 14 | SOA Income Summary of TVA "In Lieu of Taxes" Funds |
| B. | Deposition of Robbin Hines | |
| C. | Deposition of Doug Logan | |
| | Exhibit 1 | Notice of Deposition for Doug Logan |
| | Exhibit 2 | 2014 990-EZ Forms for SOA [Logan 93-120, 129-149] |
| | Exhibit 3 | 2015 Form 990 Coversheet and Invoice for SOA [Logan 49-50] |

Exhibit 4 QuickBook Balance Sheet for SOA, dated December 31, 2015 [Logan 35]

Exhibit 5 Income Statement for SOA, dated December 31, 2015 [Logan 36-37]

Exhibit 6 Spreadsheet for SOA and Athens Arts League, dated December 31, 2015 [Logan 38-39]

Exhibit 7 2015 Spreadsheets for SOA and Athens Arts League Activities [Logan 40-42]

Exhibit 8 2015 Tax Asset Detail List for SOA [Logan 43]

Exhibit 9 Proposed Adjustments to Reclassify Deposited Funds, dated December 31, 2016 [Logan 24]

Exhibit 10 Bank Reconciliation for SOA as of December 31, 2016 [Logan 20]

Exhibit 11 Bank Statement for SOA, dated December 30, 2016 [Logan 16-19]

Exhibit 12 Bank Transactions for Athens Arts League, dated December 31, 2016 [Logan 1-2]

Exhibit 13 Balance Sheet for Athens Art League, dated December 31, 2016 [Logan 3]

Exhibit 14 2016 Profit & Loss for Athens Arts League [Logan 4-5]

Exhibit 15 Bank Reconciliation Summary for SOA, dated December 31, 2016 [Logan 13-15]

Exhibit 16 2016 Profit & Loss for SOA [Logan 10-12]

Exhibit 17 2016 Profit & Loss for SOA [Logan 21-23]

Exhibit 18   2015-2016 Profit & Loss Comparative for SOA [Logan 6-9]

Exhibit 19   2015-2016 Comparative Balance Sheet for SOA [Logan 28]

Exhibit 20   Logan letters to SOA regarding Preparation of 2015 Tax Returns [Logan 51-53]

Exhibit 21   2015 Forms 8879-EO and 990-EZ for SOA [Logan 54-74, 92, 47-48]

Exhibit 22   2015 Forms 8879-EO and 990-EZ for SOA [Logan 75-91]

Exhibit 23   Form 8868 for Extension of Time for Filing 2016 Tax Returns for SOA [Logan 44-45]

Exhibit 24   2017 Transaction Detail Sheet for SOA [Logan 27]

Exhibit 25   2017 Profit & Loss Statement for SOA [Logan 25-26]

Exhibit 26   Response to Penalty Letter for SOA's Failure to File Form 990 for 2014 [Logan 121-128]

D. Deposition of Doug Gates

Exhibit 27   Notice of Deposition for Doug Gates

E. Deposition of Melanie Newton

Exhibit 28   Notice of Deposition for Melanie Newton

Exhibit 29   Checks and Deposit Slips for SOA [D203-205]

Exhibit 30   Reconciliation Details from April, 2017 [D191-194]

Exhibit 31   List of Distributions per ACT No. 2012-240 [D174]

Exhibit 32   QuickBooks Transaction Reports for SOA [D86-87]

Exhibit 33   QuickBooks Transaction Report for SOA [D206]

Exhibit 34   Check and Deposit of Funds Paid to SOA [D189-190]

Exhibit 35   Reconciliation Details from April 2017 [D191-194]

Exhibit 36   2015-2017 Profit and Loss Statement [D65-75]

Exhibit 37   ACT Number 2010-549 [D76-83]

Exhibit 38   ACT Number 2012-240 [D5-16]

F.   Deposition of Trisha Black

Exhibit 39   Notice of Deposition for Trisha Black

Exhibit 40   Collection of Checks and Deposit Slips [D88-89, 94-95, 101-102, 109-110, 115-116, 122-123, 134-135, 143-144, 152-153, 159-160, 166-167, 172-173, 175, 180-181]

Exhibit 41   Profit and Loss Statements for SOA [D48-64]

Exhibit 42   Board Meeting Minutes, dated April 12, 2012 and October 9, 2014 [D195-198]

Exhibit 43   Photograph [D84-85]

G.   Deposition of Wyn Heisler

Exhibit 44   Notice of Deposition for Wyn Heisler

Exhibit 45   Copies of Check, Deposit Slip, and Statement [D36-38]

Exhibit 46   Meeting Minutes, dated November 13, 2014 [D34-35]

Exhibit 47   Athens Arts League letter, dated September 26, 2014 [D20]

    Exhibit 48    Spreadsheet [D21]

    Exhibit 49    Athens Arts League letter, dated February 11, 2015 [D45]

    Exhibit 50    Meeting Minutes, dated July 14, 2016 [D199-202]

    Exhibit 51    Bank Reconciliations [D90-93, 96-100, 103-108, 111-114, 117-121, 124-133, 136-142, 145-151, 154-158, 161-165, 168-171, 176-179, 182-188]

H.    Deposition of Holly Hollman

    Exhibit 52    Notice of Deposition for Holly Hollman

    Exhibit 53    November 12, 2014 Emails [D23-24, 26-28]

    Exhibit 54    September 26 and 30, 2014 Emails [D17-19]

    Exhibit 55    January 23, 2015 Email [D42-43]

    Exhibit 56    Limestone County Legislative Delegation Community Service Grant Request Forms [D29-32]

I.    Deposition of Mark Yarbrough

    Exhibit 57    Limestone County Commission Minutes [LCC32-493, 494]

    Exhibit 58    Limestone County Commission Check Ledger [LCC 21-23]

    Exhibit 59    Contracts for the Donation of Funds to SOA [LCC24-31]

    Exhibit 60    Subpoena for Testimony of Mark Yarbrough

J.    Deposition of Tony McCormack

*S/C. Gregory Burgess*
Gregory Burgess (ASB-1519-R79C)
Lauren A. Smith (ASB-0432-E48S)

**Attorneys for defendant Spirit of Athens, Alabama, Inc.**

**OF COUNSEL:**

**LANIER FORD SHAVER & PAYNE P.C.**
Post Office Box 2087
Huntsville, Alabama 35804
Telephone Number: (256) 535-1100
Facsimile Number: (256) 533-9322
Email: cgb@lanierford.com
      las@lanierford.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2018, I electronically filed the foregoing with Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

DENNIS A. MASTANDO
ERIC J. ARTRIP
**MASTANDO & ARTRIP, LLC**
301 Washington Street NW, Suite 302
Huntsville, Alabama 35801
Telephone: (256) 532-2222
Facsimile: (256) 513-7489
Email: tony@mastandoartrip.com
      artrip@mastandoartrip.com

*S/C. Gregory Burgess*
C. Gregory Burgess