UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DANA HICKMAN and ROBBIN N. HINES, <br><br> Plaintiffs, <br><br> v. <br><br> SPIRIT OF ATHENS ALABAMA, INC., <br><br> Defendant. | Case No.: 5:16-cv-01595-MHH |

# FINAL JUDGMENT

Consistent with the accompanying memorandum opinion, the Court enters judgment in favor of Spirit of Athens Alabama, Inc. as a matter of law on the plaintiffs' FCA retaliation claim.  The Court asks the Clerk to please close the file.

**DONE** and **ORDERED** this 22nd day of February, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE